**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7327**

---

WILSON ATKINSON,

                                        Plaintiff - Appellant,

        versus

PARKER EVATT, Commissioner, South Carolina De-
partment of Corrections; KENNETH D. MCKELLAR,
Deputy Regional Administrator, South Carolina
Department of Corrections; KENNETH WOODINGTON,
Employee, Headquarters, South Carolina Depart-
ment of Corrections; WILLIAM H. DAVIS, Warden,
Evans Correctional Institution; L. J. ALLEN,
Regional Administrator; WILLIAM CATOE, Deputy
Commissioner of Operations; GASTON FAIREY,
Attorney for "Nelson" Decree; JOHN SHUPPER,
Plaintiff Monitor for "Nelson" Decree,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Dennis W. Shedd, District Judge.
(CA-94-2236-3-19-BC)

---

Submitted:  January 18, 1996          Decided:  February 1, 1996

---

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wilson Atkinson, Appellant Pro Se. William Llewellyn Pope, POPE & RODGERS, Columbia, South Carolina; John Christopher Mills, FAIREY, PARISE & MILLS, P.A., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Atkinson v. Evatt</u>, No. CA-94-2236-3-19-BC (D.S.C. July 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>